UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **8:19-cv-02339-JAK (MAA)** | Date: **January 13, 2020** |
| Title **Jane Doe v. Marie McHale *et al*.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed

On December 9, 2019, the Court denied Plaintiff Jane Doe's ("Plaintiff") Request to Proceed *In Forma Pauperis*. ("Order," ECF No. 5.) The Order stated that "Plaintiff shall pay the filing fees in full or file an amended request to proceed *in forma pauperis* within 30 days of this case will be dismissed." (*Id*.) On December 31, 2019, the Order was returned as undeliverable by the United States postal service. (ECF No. 6.)

To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **February 12, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment

Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |