# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN MARIE MCHALE et al.,<br><br>　　　　　　　Defendants. | Case No. 8:19-cv-02339-JAK (MAA)<br><br>**ORDER OF DISMISSAL** |

On December 4, 2019, Plaintiff Jane Doe ("Plaintiff") filed: (1) a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Compl., ECF No. 1); and (2) a Request to Proceed *In Forma Pauperis* (IFP Req., ECF No. 3).

On December 9, 2019, the Court denied Plaintiff's Request to Proceed *In Forma Pauperis*. ("Order," ECF No. 5.) The Order stated: "Plaintiff shall pay the filing fees in full or file an amended request to proceed *in forma pauperis* within 30 days or this case will be dismissed." (*Id*.) The Order addressed to Plaintiff was returned to the Court as undeliverable on December 31, 2019. (ECF No. 6.)

Plaintiff did not pay the filing fees or file an amended request to proceed *in forma pauperis* within thirty days after the Order—that is, by January 8, 2020. On January 13, 2020, the Court issued an Order to Show Cause, which extended

Plaintiff's deadline to February 12, 2020.  (Order Show Cause, ECF No. 8.)  The Order to Show Cause addressed to Plaintiff was returned to the Court as undeliverable on February 7, 2020.  (ECF No. 9.)

To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.  Nor has Plaintiff notified the Court of her change of address, as required by Local Rule 41-6.  *See* C.D. Cal. L.R. 41-6.

IT THEREFORE IS ORDERED that this lawsuit is DISMISSED without prejudice.  No further filings shall be accepted under this case number.

DATED: February 13, 2020    _____
John A. Kronstadt
United states District Judge

Presented by:

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE