JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 8:19-cv-02339-JAK (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KATHLEEN MARIE MCHALE et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: February 13, 2020

_____
John A. Kronstadt
United States District Judge